# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**November 29, 2021**

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

        **Re: Bynum v. Pasenti Inc et al**
            **Case #: 21-CV-04817 (PMH)(JCM)**
            **Motion for Extension of Time**

Dear Judge Halpern:

    My firm represents plaintiff Star Bynum ("Bynum"), in the above-referenced action and I respectfully write to request of the November 29, 2021 deadline for Plaintiff to file a motion for default judgment, to 30 days after the completion of mediation if the case is not settled. This request is being made because the parties are currently scheduled for mediation on December 10, 2021. If the case is settled, we will promptly notify the Court.

    We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Star Bynum*

**Cc: Defense counsel via ECF**