# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, NY 11427

~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

November 29, 2021

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

> **Application granted.** The deadline by which Plaintiff shall file a proposed Order to Show Cause Without Emergency Relief as to why the Court should enter a default judgment against Defendants is adjourned to January 10, 2022.
>
> The parties are directed to file a joint letter advising the Court of the outcome of the December 10, 2021 mediation by December 11, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 27.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 30, 2021

        **Re: Bynum v. Pasenti Inc et al**
           **Case #: 21-CV-04817 (PMH)(JCM)**
           **Motion for Extension of Time**

Dear Judge Halpern:

    My firm represents plaintiff Star Bynum ("Bynum"), in the above-referenced action and I respectfully write to request of the November 29, 2021 deadline for Plaintiff to file a motion for default judgment, to 30 days after the completion of mediation if the case is not settled. This request is being made because the parties are currently scheduled for mediation on December 10, 2021. If the case is settled, we will promptly notify the Court.

    We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Star Bynum*

**Cc: Defense counsel via ECF**

1