# Abdul Hassan Law Group, PLLC

## 215-28 Hillside Avenue
## Queens Village, NY 11427

---

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

January 10, 2022

> Application granted. The deadline by which Plaintiff shall file a proposed Order to Show Cause Without Emergency Relief as to why the Court should enter a default judgment against Defendants is adjourned to February 9, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 11, 2022

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

             **Re: Bynum v. Pasenti Inc et al**
                **Case #: 21-CV-04817 (PMH)(JCM)**
                **Motion for Extension of Time**

Dear Judge Halpern:

      My firm represents plaintiff Star Bynum ("Bynum"), in the above-referenced action and I respectfully write to request a 30-day extension of the January 10, 2022 deadline for Plaintiff to file a motion for default judgment. This request is being made because Defendants adjourned the December 10, 2021 mediation and have not yet picked a date for the rescheduled mediation – the parties had discussed settling the case even without the need for mediation and we were hoping to have a more robust response from Defendants following this letter. If the case is settled, we will promptly notify the Court. One prior request for an extension of this deadline was made and granted.

      We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Star Bynum*

**Cc: Defense counsel via ECF**

1