# Abdul Hassan Law Group, PLLC

215-28 Hillside Avenue
Queens Village, NY 11427

~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

February 9, 2022

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

<div style="border:1px solid">
Application granted. The deadline by which Plaintiff shall file a proposed Order to Show Cause Without Emergency Relief as to why the Court should enter a default judgment against Defendants is adjourned to April 25, 2022. No further extensions will be granted.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 36.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       February 10, 2022
</div>

     **Re: Bynum v. Pasenti Inc et al**
       **Case #: 21-CV-04817 (PMH)(JCM)**
       **Motion for Extension of Time**

Dear Judge Halpern:

  My firm represents plaintiff Star Bynum ("Bynum"), in the above-referenced action, and I respectfully write to request a 75-day extension of the February 9, 2022 deadline for Plaintiff to file a motion for default judgment – to April 25, 2022. This request is being made because the parties are currently scheduled for mediation on April 6, 2022. We certainly hope that all issues can be resolved at the mediation and there would be no need for further litigation. Two prior requests for an extension of this deadline were made and granted.

  We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Star Bynum*

**Cc: Defense counsel via ECF**

1