# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

> Application granted. The parties will have until May 23, 2022, to file the settlement agreement and a joint statement pursuant to pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to terminate the motion sequence at ECF 41.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           May 10, 2022

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
500 Pearl St.
New York, NY 10007-1312

**Re: Bynum v. Pasenti Inc et al**
**Case #: 21-CV-04817 (PMH)(JCM)**
**Motion for Extension of Time**

Dear Judge Halpern:

My firm represents plaintiff Star Bynum ("Bynum"), in the above-referenced action and I respectfully write to request a brief two-week extension of the May 9, 2022 deadline for Plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement agreement. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Star Bynum*

**Cc: Defense counsel via ECF**