# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

**Via ECF**

Hon. Philip M. Halpern, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

> Defendants are directed to respond to Plaintiff's letter at Doc. 49 by 5:00 p.m. on November 18, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 15, 2022

<u>Re: **Bynum v. Pasenti Inc et al**</u>
   Case No.  21-CV-04817 (PMH)(JCM)
   **Motion for Judgment**

Dear Judge Halpern:

     My firm represents plaintiff Star Bynum ("Plaintiff"), in the above-referenced action, and I respectfully write to request an entry of judgment based on the settlement agreement including ECF No. 47-1, ¶ 2(e), in this action which was approved by the Court on June 1, 2022. (ECF No. 48), 1. A supporting declaration and proposed judgment are attached.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF

1