UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Star Bynum,<br><br>                    Plaintiff,<br>       -v-<br><br>Pasenti Inc,<br>Tri Mar Industries Inc.,<br>K.Je Construction Services Inc., and<br>Martin Pasenti,<br><br>                    Defendants. | Civ. Action #: 21-CV-04817<br>(PMH)(JCM)<br><br>**JUDGMENT** |

**WHEREAS**, the parties entered into a settlement agreement in this action (ECF No. 47-1), which was approved by this Court on June 1, 2022;

**WHEREAS**, Defendants have defaulted in making the settlement payments to Plaintiff Star Bynum and have failed to cure said default as required by the Court approved settlement agreement (ECF No. 47-1);

**WHEREAS**, this matter came before the Court for an entry of Judgment in favor of Plaintiff on August 9, 2022;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff Star Bynum, and against Defendants Pasenti Inc, Tri Mar Industries Inc., K.Je Construction Services Inc., and Martin Pasenti, individually and jointly, in the sum of Forty-Five Thousand Dollars and Zero Cents ($45,000), and that Plaintiff Star Bynum shall have execution therefor.

Judgment Entered this   28th  , day of   November   2022.

_____
Philip M. Halpern
United States District Judge